## Commonwealth v. Richardson, Appellant.

■■■■ Submitted March 19, 1964. *Harold B. Richardson*, appellant, in propria persona; *Burton Satzberg* and *Thomas M. Reed*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment affirmed.

## Commonwealth v. Samberg, Appellant.

■■■■■■ Argued March 20, 1964. *Michael H. Egnal*, with him *Anthony J. Giangiulio*, for appellant; *Richard A. Devlin*, Assistant District Attorney, for Commonwealth, appellee.

Judgment affirmed.